1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. R., A MINOR, BY AND THROUGH HER GUARDIAN AD LITEM, MONICA MINER,<br><br>                                      Plaintiff,<br><br>v.<br><br>ERIC HERNANDEZ, et al,<br><br>                                      Defendants. | Case No.:  3:24-cv-01539-AJB-AHG<br><br>**ORDER SETTING ADDITIONAL EARLY NEUTRAL EVALUATION CONFERENCE AND CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court held an Early Neutral Evaluation ("ENE") in this matter on April 18, 2025. ECF No. 18. Though the case did not settle, the Court finds another settlement discussion would be beneficial. Accordingly, an additional ENE is **SET** for **June 27, 2025** at **9:30 a.m.** *via videoconference* before Magistrate Judge Allison H. Goddard. The parties should reserve until 4:00 p.m. for the Conference. In preparation for the ENE, the Court **ORDERS**:

1.      Prior to the ENE, the parties need to meet and confer to agree on:

a.      A forensic expert to handle examination of phones and cost sharing for the expert;

b. Which phones will be collected for examination;

c. A protocol for producing information from the phones; and

i. Relevant time period

ii. Production to Plaintiff's counsel first and then Plaintiff's counsel to log any items withheld

d. Defendants will subpoena Clark County and may subpoena phone providers for records.

2. The parties should copy the Court on records produced from the phones and information received from third parties by emailing them to efile_goddard@casd.uscourts.gov.

3. If the parties are not able to receive the information from the phones or third parties in time to prepare for the June 27 ENE, they should contact the Court to reschedule by sending a joint email to efile_goddard@casd.uscourts.gov.

4. No later than **June 20, 2025**, counsel for each party shall send an email to the Court at efile_goddard@casd.uscourts.gov containing the following:

a. The **name and title of each participant**, including all parties and party representatives with full settlement authority, claims adjusters for insured defendants, and the primary attorney(s) responsible for the litigation;

b. An **email address for each participant** to receive the Zoom video conference invitation; and

c. A **cell phone number for that party's preferred point of contact** (and the name of the individual whose cell phone it is) for the Court to use during the conference to alert counsel via text message that the Court will soon return to that party's Breakout Room, to avoid any unexpected interruptions of confidential discussions.

5. All participants shall display the same level of professionalism during the ENE and be prepared to devote their full attention to the ENE as if they were attending in

1    person (e.g., cannot be driving or in a car while speaking to the Court) and should be

2    prepared to appear on camera. Counsel are advised that although the ENE will take place

3    on Zoom, **all participants** shall appear and conduct themselves as if it is proceeding in a

4    courtroom, including by dressing in appropriate courtroom attire.

5        6.      The Court will set a scheduling conference after the second ENE if the case

6    does not settle. Accordingly, the Case Management Conference is **CONTINUED** to

7    **June 27, 2025**.

8        **IT IS SO ORDERED.**

9    Dated:  April 21, 2025

10

11                                                    _____
                                                     Honorable Allison H. Goddard
12                                                    United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28