UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.R., a minor, by and through her Guardian ad Litem, Monica Miner,<br><br>                               Plaintiff,<br><br>v.<br><br>ERIC HERNANDEZ, et al.,<br><br>                               Defendants. | Case No.: 24-cv-1539-AJB-AHG<br><br>**ORDER SETTING DEADLINE TO FILE PETITION FOR APPROVAL OF MINOR'S COMPROMISE** |

On November 20, 2025, the parties accepted a mediator's proposal issued by the Honorable Allison H. Goddard, and the case settled. (Dkt. No. 25.). Civil Local Rule 17.1(a) provides:

> No action by or on behalf of a minor or incompetent, or in which a minor or incompetent has an interest, will be settled, compromised, voluntarily discontinued, dismissed or terminated without court order or judgment. All settlements and compromises must be reviewed by a magistrate judge before any order of approval will issue.

*See* CivLR 17.1(a). On November 21, 2025, the matter was referred to the undersigned for the purpose of assessing the proposed settlement. (Dkt. No. 26.) The Court accordingly **ORDERS** as follows:

///

A.    **Petition for Approval of Minor's Compromise**

A Petition for Approval of Minor's Compromise ("Petition") shall be filed on or before **January 7, 2026**.[1] The Petition should address:

1. The compromised claims, including a description of the minor plaintiff's injuries, treatment for the same, whether such treatment is ongoing and/or expected to continue and for what duration, and the costs associated with such past, ongoing, and/or future treatment.

2. The identity of the petitioner, including the petitioner's relationship to the minor plaintiff and the petitioner's financial stake in the matter, if any.

3. The terms of the settlement, including a description of the settlement structure and proposed disbursement of the settlement funds.

4. Plaintiff's counsel's requested fees and any itemized costs to be deducted from the settlement.

5. Court-approved compromises in similar cases.

6. The parties' positions as to whether the settlement is fair, reasonable, and in the minor plaintiff's best interests.

7. Any other information the parties believe would assist this Court's review of the proposed compromise.

The Court strongly encourages the parties to file the Petition as a joint motion. If this is not possible, the Petition should include a statement from the nonmoving party indicating whether the Petition is opposed and if so, on what basis.

///
///

---

[1] In cases involving a minor child, the Court's policy on privacy and public access to electronic case files requires that the initials of the child be used instead of the minor's full name. *See* S.D. Cal. Gen. Order No. 514-C (May 5, 2003). All filings must use the minor's initials in accordance with this policy.

**B.     Filing Under Seal**

The parties may move the Court for permission to file the Petition and any supporting documents under seal if necessary to protect the privacy of the minor plaintiff and/or to keep the details of the settlement confidential. The parties shall follow this District's policies and procedures for filing documents under seal on the Court's Case Management/Electronic Filing System ("CM/ECF"), as specified in the Court's Local Rules and ECF Administrative Policies and Procedures Manual. Any motion to seal should include a statement from the nonmoving party indicating whether the motion is opposed and if so, on what basis.

**C.     Consent to Magistrate Judge Jurisdiction**

The parties may consent to the jurisdiction of the undersigned Magistrate Judge for the limited purpose of entry of an order approving the entire minor's settlement or compromise. *See* CivLR 17.1(a). Any joint motion requesting that the District Court refer this case to the undersigned Magistrate Judge for approval of the minor's compromise must be filed by **December 30, 2025**. If the parties decline to consent to the Magistrate Judge's jurisdiction, the undersigned will issue a Report and Recommendation regarding the Petition to the District Judge, pursuant to 28 U.S.C. § 636 and Civil Local Rule 72.1.

**IT IS SO ORDERED**.

Dated:  December 2, 2025

Hon. Steve B. Chu
United States Magistrate Judge